UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARK CRUZ,

                Plaintiff,                Civil Action No.:
                                             1:18-cv-03003-AKH

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.              **ORDER**
-----------------------------------------------------------X

    The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

    **IT IS ORDERED** that attorney's fees in the amount of $7,368.25, which represents 25% of the past due benefits awarded to Plaintiff, be paid to Charles E. Binder, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees in the amount of $2,900.54 to Plaintiff.

DATED: 11/2/2020

The Clerk is directed to close ECF No. 33.

_____
Alvin K. Hellerstein
United States District Judge